FILED
May 18, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002641231

TIMOTHY J. WALSH (SBN 69509 )
ATTORNEY AT LAW
1319 TRAVIS BLVD
FAIRFIELD, CA. 94533
TEL: 707 429-1990
FAX: 707 429-1998
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| BURNETT WILLIAMS | Case No: 08-35794 |
| | MOTION TO COMPEL ABANDONMENT |
| KEM WILLIAMS | OF BUSINESS ASSETS |
| | TJW-6 |
| Debtor. | DATE: JUNE 22, 2010 |
| | TIME: 2:00 PM |
| | DEPT E |
| | COURTROOM 33 |
| | JUDGE : RONALD H. SARGIS |
| | 11USC554 |

DEBTOR'S MOTION TO COMPEL TRUSTEE TO ABANDON ASSETS OF BUSINESS, TO WIT: BAR JANITORIAL, A SOLE PROPRIETORSHIP.

Debtors hereby move the Court for an order to compel the trustee to abandon the assets of property of the estate, to wit: business and assets of the same known as BAR JANITORIAL, a sole proprietorship. Said business is a service business consisting primarily of janitorial services, with equipment including cleaning supplies, and cleaning equipment

The basis of the motion is that the business is of no value to the estate, and may be a potential liability to the estate.

The assets of the business are minimal, are scheduled in schedule B and exempted in schedule C of the petition.

Moving party believes that the granting of this motion will be in the best interests of the bankruptcy estate, and will not cause undue hardship upon the creditors.

This business is the sole basis for production of income for debtor, and the debtor therefore needs to continue with his business, during the course of this bankruptcy.

This motion is submitted in good faith.

WHEREFORE:

    Debtors pray the Court grant the motion, and order the trustee to abandon the estate's interest in the business, equipment and supplies, known as BAR JANITORIAL, a sole proprietorship.

Dated this 18th DAY OF May 2010

/s/ Timothy J. Walsh
TIMOTHY J. WALSH
ATTORNEY AT LAW